SHELLIE LOTT, SBN: 068748
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

LINDA ZISKIN, SBN: 196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone: (503) 889-0472
Facsimile: (888) 889-5776

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JUSTIN CODY WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:16-cv-01861-SKO<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND**<br><br>**(Doc. 12)** |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment/Remand in the above-referenced case is hereby extended to the new due date of August 22, 2017, and all other deadlines be extended accordingly.

///

This extension (30 days) is requested because Attorney Ziskin has a planned leave during the upcoming holiday week, as well as out-of-town family visitors later in July.

DATED: June 27, 2017

                                                PHILLIP A. TALBERT
                                                United States Attorney
                                                DEBORAH LEE STACHEL
                                                Regional Chief Counsel, Region IX

/s/ *Linda Ziskin*                               / s/ *Daniel Talbert*
LINDA ZISKIN,                               DANIEL TALBERT,
Attorney for Plaintiff                       (As authorized via E-mail on _____)
                                                Special Assistant U S Attorney
                                                Attorneys for Defendant

**ORDER**

Pursuant to the above-stipulation of the parties showing good cause for a requested extension of time for Plaintiff to file a motion for summary judgment/remand (Doc. 12), the request is hereby GRANTED.

Plaintiff shall file his Motion for Summary Judgment/Remand on or before August 22, 2017. All other deadlines set forth in the Scheduling Order (Doc. 3) are modified accordingly.

IT IS SO ORDERED.

Dated:   **June 29, 2017**           /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE