SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN:  196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone:  (503) 889-0472
Facsimile:  (888) 889-5776

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JUSTIN CODY WILSON,<br><br>              Plaintiff,<br><br>       v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>              Defendant. | No.  1:16-cv-01861-SKO<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of August 22, 2017 by sixty days to the new due date of October 20, 2017, and all other deadlines be extended accordingly.  This extension is requested because co-counsel, Attorney Ziskin, has accepted a position as attorney-advisor at Las Vegas ODAR and must withdraw from all pending

1

cases and, therefore, more time is needed so that another attorney can be retained to write the brief.

DATED: July 14, 2017

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

*/s/ Linda Ziskin*
LINDA ZISKIN,
Attorney for Plaintiff

*/s/ Daniel Talbert*
DANIEL TALBERT,
(As authorized via E-mail 07/14/17)
Special Assistant U S Attorney
Attorneys for Defendant

## ORDER

Pursuant to the above stipulation of the parties showing good cause for a requested extension of time for Plaintiff to file a motion for summary judgment, (Doc. 14), the Court GRANTS this request, (*id.*).

Accordingly, Plaintiff shall file his motion for summary judgment on or before October 20, 2017. All other deadlines set forth in the Scheduling Order for this case, (Doc. 3), are modified accordingly.

IT IS SO ORDERED.

Dated:  **July 17, 2017**                    */s/ Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE